**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

LUANNE THERESA YANNI,

      Plaintiff,

v.                                                           CV No. 18-1195 CG

ANDREW SAUL, Commissioner of the
Social Security Administration,

      Defendant.

## ORDER GRANTING UNOPPOSED MOTION TO EXTEND BRIEFING DEADLINES

**THIS MATTER** is before the Court on Defendant's *Unopposed Motion to Extend Briefing Deadlines*, (Doc. 18), filed July 26, 2019. Defendant asks for a 30-day extension of the remaining briefing schedule deadlines. The Court, noting that the Motion is unopposed, finds that the Motion is well-taken and should be **GRANTED**.

**IT IS THEREFORE ORDERED** that:

1. Defendant shall file a Response to Plaintiff's Motion to Reverse or Remand Administrative Agency Decision on or before **August 28, 2019**; and

2. Plaintiff may file a Reply on or before **September 11, 2019**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE