# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

LUANNE YANNI,

        Plaintiff,

v.                                                                                              CV No. 18-1195 CG

ANDREW SAUL,
Commissioner of the Social Security
Administration,

        Defendant.

## ORDER GRANTING STIPULATION TO AWARD ATTORNEY FEES UNDER THE EQUAL ACCESS TO JUSTICE ACT

**THIS MATTER** is before the Court on the Plaintiff's *Stipulated Motion for Attorney Fees Pursuant to the Equal Access to Justice Act, with Memorandum in Support*, (Doc. 29), filed January 28, 2020. The Court, having reviewed the Stipulated Motion under the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412, finds the Stipulated Motion is well-taken and attorney fees shall be awarded, made payable to Plaintiff but mailed to Plaintiff's attorney in the amount of $7,140.00. *See Astrue v. Ratliff*, 560 U.S. 586 (2010) (EAJA fees are paid to the prevailing party, not the attorney).

      **IT IS THEREFORE ORDERED** that if Plaintiff's counsel receives attorney fees under both the EAJA and 42 U.S.C. § 406(b) of the Social Security Act, Plaintiff's counsel shall refund the smaller award to Plaintiff pursuant to *Weakley v. Bowen*, 803 F.2d 575, 580 (10th Cir. 1986).

      **IT IS SO ORDERED**.

                                              THE HONORABLE CARMEN E. GARZA
                                              CHIEF UNITED STATES MAGISTRATE JUDGE